

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Michael B. King - #197751

CV 08 80236MISC

VRW

**ORDER TO SHOW CAUSE**

It appearing that Michael B. King has been enrolled as an inactive member of the State Bar of California due to MCLE noncompliance and that he may not practice law while so enrolled effective September 18, 2006

**IT IS ORDERED**

That respondent show cause in writing on or before December 29, 2008 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated: NOV 2 4 2008

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Michael B. King
Attorney At Law
250 King Street, Apt. 540
San Francisco, CA 94107


## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

David Evan Jones - #166794



VRW

### ORDER TO SHOW CAUSE

It appearing that David Evan Jones has been suspended by the State Court following a criminal conviction effective August 27, 2008.

**IT IS ORDERED**

That respondent show cause in writing on or before December 29, 2008 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated: NOV 24 2008

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

David Evan Jones
Sawl & Netzer
2150 Tulare Street
Fresno, CA 93721