**FILED**

JAN 26 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV 08-80237 MISC VRW |
| David Evan Jones, | ORDER |
| State Bar No 166794 | |

On November 24, 2008, the court issued an order to show cause (OSC) why David Evan Jones should not be removed from the roll of attorneys authorized to practice law before this court based on his suspension by the California State Bar following a criminal conviction, effective August 27, 2008. The OSC was mailed to the address of record for Mr Jones. He has filed no response to the OSC.

The court now orders David Evan Jones removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Case Number: C 08-80237   MISC VRW

David Evan Jones,

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Evan Jones
Sawl & Netzer
2150 Tulare Street
Fresno, CA 93721


Dated: January 26, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*